IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 21-cv-00985-RM-SKC

MISHELLE GARCIA TLAMAYO,

    Plaintiff,

v.

TEVA PHARMACEUTICALS INDUSTRIES LTD.,
TEVA PHARMACEUTICALS USA, INC.,
TEVA WOMEN'S HEALTH, LLC (f/k/a TEVA WOMEN'S HEALTH, INC.),
TEVA WOMEN'S HEALTH, INC.,
TEVA BRANDED PHARMACEUTICALS
PRODUCTS R&D, INC.,
DURAMED PHARMACEUTICALS, INC. (n/k/a TEVA WOMEN'S HEALTH, LLC.),
BAR PHARMACEUTICALS, LLC.,
BAR PHARMACEUTICALS, INC.,
COOPERCOMPANIES, INC., and
COOPERSURGICAL, INC.,

    Defendants.

---

## ORDER

---

Plaintiff's action, between private parties, is based on various state law claims. (ECF No. 11.) This matter is now before the Court *sua sponte* after reviewing Defendants CooperCompanies, Inc.'s[1] and CooperSurgical, Inc.'s (hereafter, the "Cooper Defendants") answers which raise a number of "defenses" apparently challenging the constitutionality of a state statute – C.R.S. § 13-21-102 governing punitive damages. (*See* ECF No. 19, Defenses at ¶¶ 60, 62, 64, 66-68; ECF No. 20, Defenses at ¶¶ 60, 62, 64, 66-68.) In light of these challenges, Cooper Defendants were required to file a notice of constitutional question with this Court and

---

[1] CooperCompanies, Inc.'s answer states that it is incorrectly identified because its name is "The Cooper Companies, Inc." (ECF No. 19, p. 1.)

serve the state attorney general with the notice and paper in which the statute's constitutionality was raised.

Specifically, Fed. R. Civ. P. 5.1(a)(1) provides, as relevant here, that a party who files a pleading drawing into question the constitutionality of a federal or state statute must:

> (1) file a notice of constitutional question stating the question and identifying the paper that raises it, if:
>
> ***
>
> (A) a state statute is questioned and the parties do not include the state, one of its agencies, or one of its officers or employees in an official capacity.

The party must also properly serve the notice and the paper on the appropriate person. *See* Fed. R. Civ. P. 5.1(a)(2). The Court's review of the record, however, shows this has not occurred. Accordingly, it is

**ORDERED** that by **Tuesday, June 1, 2021**, Cooper Defendants shall file a notice either in compliance with Fed. R. Civ. P. 5.1 or showing that compliance is not required.

DATED this 26th day of May, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge