IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Civil Action No. 21-cv-00985-RM-SKC

MISHELLE GARCIA TLAMAYO,

    Plaintiff,

v.

TEVA PHARMACEUTICALS INDUSTRIES LTD.,
TEVA PHARMACEUTICALS USA, INC.,
TEVA WOMEN'S HEALTH, LLC (f/k/a TEVA WOMEN'S HEALTH, INC.),
TEVA WOMEN'S HEALTH, INC.,
TEVA BRANDED PHARMACEUTICALS PRODUCTS R&D, INC.,
DURAMED PHARMACEUTICALS, INC. (n/k/a TEVA WOMEN'S HEALTH, LLC.),
BAR PHARMACEUTICALS, LLC.,
BAR PHARMACEUTICALS, INC.,
COOPERCOMPANIES, INC., and
COOPERSURGICAL, INC.,

    Defendants

---

## ORDER OF CERTIFICATION
## TO THE ATTORNEY GENERAL OF THE STATE OF COLORADO
## OF CONSTITUTIONAL CHALLENGE TO A STATUTE

---

Pursuant to 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), the Court certifies to the Attorney General of the State of Colorado that the constitutionality of a Colorado statute is in question in this action, and that neither the state nor any agency, officer, or employee thereof is a party. In this action, Defendants, The Cooper Companies, Inc. (allegedly incorrectly identified in the caption and introductory paragraph of plaintiff's Amended Complaint as "CooperCompanies, Inc.") and CooperSurgical, Inc. (collectively, "Answering Defendants"), challenge the constitutionality of Colorado Revised Statute § 13-21-102. Specifically, Answering Defendants argue § 13-21-102 is prohibited by or violates, among other

laws and policies, the Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments of the United States Constitution and the Constitution. (*See* ECF No. 19, Defenses at ¶¶ 60, 62, 64, 66-68; ECF No. 20, Defenses at ¶¶ 60, 62, 64, 66-68.)

The Court grants leave to the State of Colorado to intervene in this action for argument on the constitutional question and, if evidence is otherwise admissible in the case, for presentation of evidence. The State of Colorado may intervene on or before **August 2, 2021**. *See* Fed. R. Civ. P. 5.1(c). Accordingly, it is

**ORDERED** that Answering Defendants' challenge to the constitutionality of Colorado Revised Statute § 13-21-102 is certified to the Colorado Attorney General; and it is

**FURTHER ORDERED** that the Clerk shall forward a copy of this Order, the Complaint (ECF No. 1), the Amended Complaint (ECF No. 11), and the Answers at issue (ECF Nos. 19, 20), all certified under seal, to the Colorado Attorney General.

DATED this 1st day of June, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge